~~Exhibit B~~

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/2/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X
EZEQUIEL SIERRA, PAWEL KORTA,
PLUTO LEITAO, GENARO CERVANTES,
ALPER SENSOY, ARDIAN SHKURTI, and
SHERIF YASSA, on behalf of themselves
and all others similarly situated,

                Plaintiffs,

    -against-

ORAMA INC. d/b/a TRATA, ORAMA II,
INC. d/b/a TRATA EAST, TE ROSLYN LLC
d/b/a TRATA ROSLYN, CHRISTOS
GIORGOU, and EFTHIMIOS SALOUROS,

                Defendants.
-------------------------------------X

Case No. 10-CV-4711 ~~JGK~~ (JCF)

STIPULATION AND ORDER
OF DISMISSAL

      IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above captioned action, through the undersigned counsel, that this action be discontinued with prejudice, without costs, in accordance with Rule 41 of the Federal Rules of Civil Procedure.

      In "so ordering" this Stipulation, the Court hereby approves the settlement agreement previously provided to the Court for its review and approval. This Court retains jurisdiction over the settlement agreement resolving this action.

{00108665;1}

Dated: New York, New York
September 10, 2011
~~September~~ October

BERKE-WEISS & PECHMAN LLP

By: _____
Louis Pechman
488 Madison Avenue – 11th Floor
New York, New York 10022
(212) 583-9500
*Attorneys for Plaintiffs*

KLEIN ZELMAN ROTHERMEL LLP

By: _____
Jane Jacobs
485 Madison Avenue — 15th Floor
New York, New York 10022
(212) 935-6020
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. James C. Francis

12/2/11

{00108645;1}