UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EZEQUIEL SIERRA, PAWEL KORTA, PLUTO
LEITAO, GENARO CERVANTES, ALPER SENSOY,
ARDIAN SHKURTI, and SHERIF YASSA, on behalf      10 Civ. 4711 (~~JGK~~) (JCF)
of themselves and all others similarly situated,

                  Plaintiffs,

    -against-                                    ORDER AND JUDGMENT

ORAMA INC. d/b/a TRATA, ORAMA II, INC.
d/b/a TRATA EAST, TE ROSLYN LLC d/b/a
TRATA ROSLYN, CHRISTOS GIORGOU, and
EFTHIMIOS SALOUROS,
                  Defendants.
------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/18/13

    WHEREAS, a settlement agreement was entered into between Plaintiffs Ezequiel Sierra, Pawel Korta, Pluta Leitao, Genaro Cervantes, Alper Sensoy, Ardian Shkurti, Sherif Yassa, Fausto Chavez, Edgar Tecuapacho Cuapio, Efrain Espinoza, Manuel Espinoza, Diego Ramirez, and Stipe Strasnik (hereinafter collectively referred to as "Plaintiffs") on one hand, and Defendants Orama Inc. d/b/a Trata, Orama II, Inc. d/b/a Trata East, TE Roslyn LLC d/b/a Trata Roslyn, Christos Giorgou and Efthimios Salouros (hereinafter referred to as "Defendants") on the other, (collectively "the parties"), on October 10, 2011 (the "Settlement Agreement"), and

    WHEREAS, the Settlement Agreement provides that "the United States District Court for the Southern District of New York will continue to have jurisdiction over this Agreement;" and

    WHEREAS, Defendants are found to be in breach of the Settlement Agreement for non-payment of the fifth through ninth installments, which came due between October 1, 2012 and October 1, 2013; and

WHEREAS, Plaintiffs have applied to this Court for relief under the Settlement Agreement, it is

ORDERED AND ADJUDGED that judgment is hereby entered as follows:

1. The Plaintiffs and their attorneys are granted judgment against the defendants, jointly and severally, in the amount of $53,409.10, divided as follows:

   a. Genaro Cervantes:           $3,325.25
   b. Fausto Chavez:              $2,285.91
   c. Edgar Tecuapacho Cuapio:    $3,602.27
   d. Efrain Espinoza:            $1,870.39
   e. Manuel Espinoza:            $2,701.79
   f. Pawel Korta:                $1,870.39
   g. Pluto Leitao:               $1,870.39
   h. Diego Ramirez:              $3,065.33
   i. Alper Sensoy:               $1,818.40
   j. Ardian Shkurti:             $4,966.69
   k. Ezequiel Sierra:            $2,909.02
   l. Stipe Strasnik:             $2,078.33
   m. Sherif Yassa:               $3,241.93
   n. Berke-Weiss & Pechman LLP   $17,803.03

2. The Defendants, and each of their agents, employees, and all others acting in concert with them, are prohibited from secreting, conveying, or otherwise transferring any of their assets, except for transactions for fair consideration in good faith in the normal course of business, or in compliance with the provisions of this judgment, until such time as this judgment and all amounts under it have been satisfied; and

3. A lien shall be in effect upon Defendants in an amount of $53,409.10; and

4. The parties may apply to this Court to lift or modify this order to effectuate the enforcement of this judgment, or for other relief in connection with this judgment.

Dated: Nov. 18, 2013

_____
Hon. James C. Francis
United States Magistrate Judge